IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
NOVEMBER 2021 SESSION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 18 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:21-cr-44 |
| | ) | |
| v. | ) | |
| | ) | **SEALED INDICTMENT** |
| | ) | |
| ALBERT FRANKLIN JENNINGS, JR. | ) | **In Violation of:** |
| | ) | |
| | ) | 29 U.S.C. § 501(c) |

## COUNT ONE

The Grand Jury charges:

1. From on or about January 1, 2013, until on or about September 30, 2018, in the Western Judicial District of Virginia, the defendant, ALBERT FRANKLIN JENNINGS, JR., while an officer of Transportation Communications Union Lodge 6061, a labor organization subject to the Labor-Management Reporting and Disclosure Act, did knowingly embezzle and steal, and did unlawfully and willfully convert to his own use, the moneys and funds of Lodge 6061 in the approximate amount of $39,331.14.

2. All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL this 18 day of November, 2021.

/s/Foreperson
FOREPERSON

_____
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

1